19174—Warren Peoples Market Co. v. Corbett & Sons; certified by Summit Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-28-25; 3 Abs. 359; OA. 3 Abs. 555; OS. sylb. post.

### MOTION DOCKET

---

# Abstracts of Last Week's
# SUPREME COURT OPINIONS

---

### SYLLABI

### No. 109

No. 19104—Royal Indemnity Co. v. Day & Maddock Co. Error to the Cuyahoga Appeals

1140. SURETY—1. The surety on the bond of contractor of public building, given under the provisions of 2365-1-2-4 GC., is not obligated to pay the rent and incidental expenses of machinery used by contractor on said buildings.

2. Surety on bond of public contractor, liable to the same extent as provided in Mechanics' Lien Laws, 8310, 8311 GC., on private contract of construction.

1104. STATUTES—Where statute denotes terms, conditions and form of bond, variation therefrom in the bond prescribed by the legislature, will not operate to extend the scope of such statute.

167. BONDS, SURETY—Bond executed in form provided by legislature will have as its beneficial obligees those designated in the statute requiring bond.

---

### No. 110

No. 19174—Warren Peoples Market Co. v. Corbett & Sons, a partnership. Error to Summit Appeals.

1104. STATUTES—In construing statute, entire act must be examined to determine purpose of legislature.

157. BLUE SKY LAW—1. Blue Sky Law, 6373 GC., does not make void sales of stock made in violation thereof, but acts only to punish violators.

2. Non-compliance, with sub-section (f) of 6373-2 GC. will not bar recovery by corporation for stock subscription.

1085. SERVICE—Partnership of several individuals, none of whom were served or entered appearance in the action, cannot be held liable for the debt.

ALLEN, J.

1. In construing a statute which imposes specific penalties for its violation, the court must examine the entire act to determine whether or not it was the purpose of the legislature, in addition to imposing express penalties for the violation of the law, to render void any contract based on the prohibited act.

2. Viewing the Blue Sky Law, Sections 6373-1, et seq., General Code, as a whole, it was

not the intent of the legislature to make void sales of stock made in violation of the statute but to punish persons who did not comply with the provisions of the statute in making such sales of stock.

3. Recovery can be had upon an action for a stock subscription received by a corporation which falls within the provisions of sub-section (f) of the paragraph upon Exceptions, Section 6373-2 of the General Code, even though such corporation has failed to file with the Commissioner, prior to the disposal of said stock, a written statement setting forth the existence of all such facts mentioned in sub-section (f) of the paragraph upon Exceptions, Section 6373-2, General Code, and setting forth that such issuer is formed for the purpose of doing business within the state.

4. Where a suit is brought against a partnership consisting of several individuals, and none of whom is served in the action, it is reversible error, in the absence of appearance otherwise, to hold the partnership not served liable for the debt. Judgment affirmed.

Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur.